**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | CYNTHIA SEAY HOLDER |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | District of South Carolina (State) |
| Case Number: | 15-04591/W/3 |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

Name of creditor: US BANK TRUST NATIONAL ASSOCIATION AS

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account    7  5  1  2

Property Address:    205 JORDAN LOOP
WAGENER, SC  29164

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan): | (a) $ | 18,392.37 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 18,392.37 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 18,392.37 |

### Part 3: Postpetition Mortgage Payment

*Check one*

Debtor 1  **CYNTHIA SEAY HOLDER**  Case number *(if known)* **15-04591/W/3**
Name

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment $ _____

The next postpetition payment is due on ___/___/_____
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ William K. Stephenson, Jr.         Date   05/26/2020
Signature

Trustee    William K. Stephenson, Jr.

Address    PO BOX 8477
3700 Forest Dr., Ste. 302
Columbia, SC  29202

Contact phone  (803) 254-2981          Email

| Debtor 1 | **CYNTHIA SEAY HOLDER** | | Case number *(if known)* | **15-04591/W/3** |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 01/08/2016 | 1043986 | Amount Disbursed To Credit | 1,040.61 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 02/05/2016 | 1045791 | Amount Disbursed To Credit | 354.70 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 03/04/2016 | 1047759 | Amount Disbursed To Credit | 388.29 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 04/01/2016 | 1049728 | Amount Disbursed To Credit | 429.53 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 05/06/2016 | 1051737 | Amount Disbursed To Credit | 460.62 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 06/03/2016 | 1053661 | Amount Disbursed To Credit | 330.96 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 07/01/2016 | 1055541 | Amount Disbursed To Credit | 474.11 |
| 6 | SPECIALIZED LOAN SERVICII | Arrearage | 08/05/2016 | 1057468 | Amount Disbursed To Credit | 413.92 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 09/02/2016 | 1059504 | Amount Disbursed To Credit | 462.57 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 10/06/2016 | 1061395 | Amount Disbursed To Credit | 685.59 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 11/04/2016 | 1063214 | Amount Disbursed To Credit | 316.43 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 12/02/2016 | 1065003 | Amount Disbursed To Credit | 734.22 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 01/06/2017 | 1066951 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 02/10/2017 | 1068955 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 03/03/2017 | 1070694 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 04/07/2017 | 1072698 | Amount Disbursed To Credit | 793.50 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 05/05/2017 | 1074534 | Amount Disbursed To Credit | 264.50 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 06/01/2017 | 1076355 | Amount Disbursed To Credit | 528.75 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 07/03/2017 | 1078202 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 08/01/2017 | 1080021 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 09/01/2017 | 1081818 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 10/02/2017 | 1083640 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 11/01/2017 | 1085423 | Amount Disbursed To Credit | 441.80 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 12/01/2017 | 1087175 | Amount Disbursed To Credit | 466.20 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 01/02/2018 | 1088944 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 02/01/2018 | 1090601 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 03/01/2018 | 1092251 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 04/02/2018 | 1094041 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 05/01/2018 | 1095740 | Amount Disbursed To Credit | 264.50 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 07/02/2018 | 1099129 | Amount Disbursed To Credit | 931.72 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 08/01/2018 | 1100828 | Amount Disbursed To Credit | 529.00 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 09/04/2018 | 1102532 | Amount Disbursed To Credit | 793.50 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 11/01/2018 | 1105920 | Amount Disbursed To Credit | 789.82 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 12/03/2018 | 1107606 | Amount Disbursed To Credit | 508.58 |
| 6 | US BANK TRUST NATIONAL A | Arrearage | 01/04/2019 | 1109261 | Amount Disbursed To Credit | 169.95 |
| | | | | | **Total for Part 2 - b:** | **18,392.37** |

Debtor 1    **CYNTHIA SEAY HOLDER**　　　　　　　　　　　　　　　　Case number *(if known)* **15-04591/W/3**
　　　　　　　Name

**15-04591/W/3**

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

| | |
|---|---|
| CYNTHIA SEAY HOLDER<br>205 JORDAN LOOP<br>WAGENER, SC  29164 | ERIC S REED ESQ<br>220 STONERIDGE DRIVE<br>STE 301<br>COLUMBIA, SC  29210 |
| T LOWNDES POPE<br>PO BOX 11412<br>COLUMBIA, SC  29211 | SPECIALIZED LOAN SERVICING LLC<br>P.O. BOX 936005<br>LITTLETON, CO  80163 |
| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES II TRUST<br>C/O SN SERVICING CORP<br>323 5TH STREET<br>EUREKA, CA  95501 | |

Date:    5/26/2020

/s/Kim Harmon

P.O. Box 8477
Columbia, SC 29202
Phone: (803) 254-3105

Form 4100N　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　page 4